**FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| BENJAMIN LIZARDI, | No.    18-72576 |
| Petitioner, | Agency No. A205-530-611 |
| v. | |
| ROBERT M. WILKINSON, Acting Attorney General, | ORDER |
| Respondent. | |

Before:  THOMAS, Chief Judge, and SCHROEDER and BERZON, Circuit Judges.

The respondent's motion to stay proceedings is DENIED. The respondent's motion for an extension of time to respond to petitioner Lizardi's motion for attorney's fees is GRANTED. The response to the motion for fees is due February 25, 2021.

Lizardi's  motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(B), is not premature. Although judgment is not yet final in this case until the time to seek certiorari expires, *Zheng v. Ashcroft*, 383 F.3d 919, 920 (9th Cir. 2004), Lizardi's motion is nonetheless timely because he has already "prevailed," *Auke Bay Concerned Citizen's Advisory Council v. Marsh*,

779 F.2d 1391, 1393 (9th Cir. 1986). The EAJA grants parties a 120-day clock to file for attorney's fees after the filing of a disposition, not a 30-day clock beginning after the certiorari deadline passes. *See Zheng*, 383 F.3d at 920–21; *Li v. Keisler*, 505 F.3d 913, 917 (9th Cir. 2007).

To receive an extension of time to respond to an attorney's fees motion based on the deadline for seeking certiorari, the government should indicate that it is actually contemplating filing a petition for a writ of certiorari. As there is no such indication here, we grant a more limited extension.